IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID OLUSOLA OLADOKUN,

    Petitioner,

v.                      CASE NO. 4:11cv200-RH/WCS

ERIC H. HOLDER, JR. et al.,

    Respondents.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 21, and the objections, ECF No. 22. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is DENIED." The clerk must close the file.

SO ORDERED on October 4, 2011.

                                              Robert L. Hinkle
                                              United States District Judge